IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00632-PSF-MJW

AMERICAN HOME MORTGAGE CORP, d/b/a AMERICAN HOME MORTGAGE CONDUIT,

Plaintiff(s),

v.

VINTAGE MORTGAGE, INC., et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate Pretrial Conference and to Enlarge the Deadline to File Notice of Service on Defendant Tomari Lynn Frick, (DN 14), filed with the Court on June 8, 2006, is GRANTED.  The scheduling conference set on June 12, 2006, at 10:00 a.m., is VACATED and RESET on August 8, 2006, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

It is FURTHER ORDERED that the Plaintiff is GRANTED an extension of time up to and including August 7, 2006, in which to file its return of service on defendant Tomari Lynn Frick in this matter.

Date:  June 8, 2006