IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00632-PSF-MJW

AMERICAN HOME MORTGAGE CORP, d/b/a AMERICAN HOME MORTGAGE CONDUIT,

Plaintiff(s),

v.

VINTAGE MORTGAGE, INC., et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Tomari Lynn Frick's Motion to Quash Service (docket no. 20) is STRICKEN for the following reasons.  The opening paragraph of the subject motion states: "Defendant, Tomari Lynn Frick, by her attorney, James P. Doherty **specially appearing for the purpose of quashing service only**, moves the Court for an Order quashing service in the within matter and as grounds therefore states:" There is no Federal Rule of Civil Procedure and there is no District of Colorado Local Rule of Practice that permits a "special appearance" by counsel.  In fact, the D.C.COLO.LCivR. 11.1 only allows a "general entry of appearance by counsel."  Accordingly, James P. Doherty, Esquire is not counsel of record for Defendant Tomari Lynn Frick since he has failed to comply with D.C.COLO.LCivR. 11.1.  Moreover, Mr. Doherty's filing of the subject "ghostwritten" motion, by way of "special appearance", is in violation of Amended Administrative Order 1999-6 and D.C.COLO.LCivR 83.4 STANDARDS OF PROFESSIONAL RESPONSIBILITY.

It is FURTHER ORDERED that the Clerk of Court shall strike James P. Doherty, Esquire, as counsel of record for Defendant Tomari Lynn Frick for failure to comply with D.C.COLO.LCivR. 11.1.

Date:   August 17, 2006