IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2006-cv-00632 PSF-MJW

AMERICAN HOME MORTGAGE CORP.
d/b/a AMERICAN BROKERS CONDUIT,

        Plaintiff,

v.

VINTAGE MORTGAGE, INC., and
TOMARI LYNN FRICK,

        Defendants.

---

**ORDER GRANTING MOTION TO VACATE SCHEDULING CONFERENCE**
( Docket No. 35 )

---

      THE COURT, having reviewed the motion to vacate scheduling conference, and being fully apprised in this matter hereby GRANTS the motion.

    The scheduling conference set for September 14, 2006, is hereby vacated.

    SO ORDERED this 14th day of September, 2006.

                            BY THE COURT

                            _____
                            UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF COLORADO