**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: October 19, 2006

Civil Action No. 06-cv-00632-PSF-MJW

*Parties:*

AMERICAN HOME MORTGAGE CORP.
d/b/a AMERICAN BROKERS CONDUIT,

    Plaintiff,

v.

TOMARI LYNN FRICK,

    Defendants.

*Counsel:*

William Thode

_____

**COURTROOM MINUTES**
_____

HEARING: Motions

**10:06 a.m.**    **Court in session.**

Defendant Tomari Lynn Frick fails to appear.

**ORDER:**    Plaintiff's Motion for Substituted Service **(27)** is **denied as moot.**

**ORDER:**    Plaintiff's Motion for Default Judgment **(40)** is **granted.**

**10:18 a.m.**    **Court in recess/hearing concluded.**

Total in-court time: 00:12.