IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00632-PSF-MJW

AMERICAN HOME MORTGAGE CORP, d/b/a
AMERICAN BROKERS CONDUIT,

     Plaintiff,

v.

TOMARI LYNN FRICK,

     Defendant.

## ORDER AMENDING JUDGMENT

     This matter is before the Court on the plaintiff's Motion Regarding Proposed Amended Judgment (Dkt. # 45).  A motions hearing was held before the undersigned on October 19, 2006.  Defendant Tomari Lynn Frick failed to appear at the hearing. The Court heard the arguments and statements of plaintiff's counsel and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

     ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.  It is FURTHER ORDERED that judgment is entered in favor of Plaintiff American Home Mortgage Corp., d/b/a American Brokers Conduit and against Defendant Tomari Lynn Frick in the amount of $109,434.95.  It is

     FURTHER ORDERED that interest on the total judgment shall accrue at the statutory rate of eight percent (8%) per annum from October 19, 2006, the date this Court entered the judgment.  It is

FURTHER ORDERED that Plaintiff American Home Mortgage Corp., d/b/a American Brokers Conduit shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within ten days of the entry of judgment.

DATED: October 26, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge